TAYLOR v. TAYLOR

No. 575P01

Case below: 146 N.C. App. 111

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

WALLACE v. BOARD OF TR.

No. 464P01

Case below: 145 N.C. App. 264

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

## PETITION TO REHEAR

WELLS v. CONSOLIDATED JUD'L RET. SYS. OF N.C.

No. 156A00

Case below: 354 N.C. 313

Petition by plaintiff to rehear pursuant to Rule 31 denied 18 December 2001.